No. D-2146. IN RE DISBARMENT OF SCULLY. Disbarment entered. [For earlier order herein, see 528 U. S. 1150.]

No. D-2147. IN RE DISBARMENT OF CARLSON. Disbarment entered. [For earlier order herein, see 528 U. S. 1151.]

No. D-2151. IN RE DISBARMENT OF TRAVIS. Disbarment entered. [For earlier order herein, see *ante*, p. 1035.]

No. D-2155. IN RE DISBARMENT OF MOORE. Disbarment entered. JUSTICE STEVENS, JUSTICE KENNEDY, JUSTICE SOUTER, and JUSTICE GINSBURG dissent. [For earlier order herein, see *ante*, p. 1063.]

No. D-2160. IN RE DISBARMENT OF TIERNEY. James Patrick Tierney, of Malibu, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-2161. IN RE DISBARMENT OF SOKOLOW. Lloyd B. Sokolow, of Schenectady, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-2162. IN RE DISBARMENT OF MURCHISON. Alton G. Murchison III, of Charlotte, N. C., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-2163. IN RE DISBARMENT OF FRIEDLER. Sydney Friedler, of Hempstead, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-2164. IN RE DISBARMENT OF CARLSON. Robert Bent Carlson, of North Port, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-2165. IN RE DISBARMENT OF TAMER. David Ferris Tamer, of Winston-Salem, N. C., is suspended from the practice